**JAMES A. JOHNSON**
California State Bar No.: 176302
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
1699 West Main Street, Suite D
El Centro, CA  92243
Telephone: (760) 335-3510
Facsimile:  (760) 335-3610
James_A_Johnson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   18MJ11686 |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| Oscar OCHOA, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, **James A. Johnson**, Federal Defenders of San Diego, Inc., hereby gives notice that he/she is **lead counsel** in the above-captioned case.

Respectfully submitted,

Dated:   January 9, 2019          *s/James A. Johnson*
                                            Federal Defenders of San Diego, Inc.
                                            Attorney for Defendant
                                            Email: James_A_Johnson@fd.org